```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AMERICAN GREENFUELS ROCKWOOD                                :
(TENNESSEE), LLC,                                           :
                                                            :
                              Plaintiff,                    :     21-CV-7680 (VSB)
                                                            :
              -against-                                     :         ORDER
                                                            :
AIK CHUAN CONSTRUCTION PTE. LTD.,                           :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
------------------------------------------------------------X
                                                            :
AIK CHUAN CONSTRUCTION PTE. LTD.,                           :
                                                            :
                              Counter Claimant,             :
                                                            :
              -against-                                     :
                                                            :
KOLMAR AMERICAS, INC. and                                   :
AMERICAN GREENFUELS ROCKWOOD                                :
(TENNESSEE), LLC                                            :
                                                            :
                              Counterclaim Defendants.      :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On March 21, 2022, Counterclaim Defendants filed their motions to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Docs. 20–24.) Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby:

ORDERED that Counter Claimant shall file any amended counterclaims by April 11, 2022. It is unlikely that Counter Claimant will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended counterclaim is filed, Counter Claimant shall serve any opposition to the motion to dismiss by April 20, 2022. Counterclaim Defendants' reply, if any, shall be served by May 4, 2022.

SO ORDERED.

Dated: March 23, 2022
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge