UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
AMERICAN GREENFUELS ROCKWOOD          :          21cv7680(DLC)
(TENNESSEE), LLC,                     :
                                      :                    ORDER
                         Plaintiff,   :
            -v-                       :
                                      :
AIK CHUAN CONSTRUCTION PTE. LTD.,     :
                                      :
                         Defendant.   :
--------------------------------------- X

DENISE COTE, District Judge:

        IT IS HEREBY ORDERED that a telephone conference will be

held on **March 23, 2023** at **2:00 P.M** to address the

plaintiff/counterclaim defendant's letter of March 13, 2023.

        IT IS FURTHER ORDERED that the parties shall use the

following dial-in credentials for the telephone conference:

                Dial-in:       888-363-4749

                Access Code:   4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
          March 14, 2023

                                    _____
                                    DENISE COTE
                                    United States District Judge