UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
AMERICAN GREENFUELS ROCKWOOD            :
(TENNESSEE), LLC,                       :
                                       :
                    Plaintiff,          :
                                       :
         -v-                            :
                                       :
AIK CHUAN CONSTRUCTION PTE. LTD.,       :
                                       :
                    Defendant.          :
                                       :    21cv7680 (DLC)
--------------------------------------- :
                                       :    ORDER
                                       :
AIK CHUAN CONSTRUCTION PTE. LTD.,       :
                                       :
          Counterclaim Plaintiff,       :
                                       :
         -v-                            :
                                       :
KOLMAR AMERICAS, INC. and AMERICAN      :
GREENFUELS ROCKWOOD (TENNESSEE), LLC,   :
                                       :
          Counterclaim Defendants.      :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

The Joint Pretrial Order in the above-captioned action is due October 20, 2023. Accordingly, it is hereby

ORDERED that case is placed on the November 13, 2023 trial ready calendar. Please refer to this Court's Individual Practices in Civil Cases and the Order issued on September 29, 2022 for all pretrial related deadlines.

IT IS FURTHER ORDERED that a final pretrial conference will be held on October 31, 2023 at 10:00 A.M. in Courtroom 18B, 500

Pearl Street, New York, New York.

Dated:   New York, New York
         August 25, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge