```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
AMERICAN GREENFUELS ROCKWOOD              :
(TENNESSEE), LLC,                         :
                                         :
                    Plaintiff,            :
                                         :
          -v-                             :
                                         :
AIK CHUAN CONSTRUCTION PTE. LTD.,         :
                                         :
                    Defendant.            :
                                         :      21cv7680 (DLC)
----------------------------------------:
                                         :      ORDER
AIK CHUAN CONSTRUCTION PTE. LTD.,         :
                                         :
          Counterclaim Plaintiff,         :
                                         :
          -v-                             :
                                         :
KOLMAR AMERICAS, INC. and AMERICAN        :
GREENFUELS ROCKWOOD (TENNESSEE), LLC,     :
                                         :
          Counterclaim Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of November 20, 2023 held that the plaintiff is entitled to judgment on its breach of contract claim and the counterclaim defendants are entitled to judgment on Aik Chuan's counterclaims. It is hereby

ORDERED that by **November 27, 2023,** the plaintiff shall provide the defendant with its proposed judgment. The parties shall promptly confer and attempt to resolve any disputes. A

proposed judgment and any objections to it shall be filed by **November 30, 2023**.

Dated: New York, New York
November 20, 2023

                                                                      DENISE COTE
                                        United States District Judge