```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
AMERICAN GREENFUELS ROCKWOOD               :
(TENNESSEE), LLC,                          :
                                          :
                    Plaintiff,            :
                                          :
          -v-                              :
                                          :
AIK CHUAN CONSTRUCTION PTE. LTD.,          :
                                          :
                    Defendant.            :
                                          :   21cv7680 (DLC)
-----------------------------------------:
                                          :       ORDER
AIK CHUAN CONSTRUCTION PTE. LTD.,          :
                                          :
          Counterclaim Plaintiff,          :
                                          :
          -v-                              :
                                          :
KOLMAR AMERICAS, INC. and AMERICAN         :
GREENFUELS ROCKWOOD (TENNESSEE), LLC,      :
                                          :
          Counterclaim Defendants.         :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having reviewed the plaintiff's November 17, 2023 application to redact portions of the affidavits of David Astrauckas, Alan Jay, Kevin Luddy, and Daniel Van Vleet, it is hereby

ORDERED that the application is granted in part.

IT IS FURTHER ORDERED that, by **November 28, 2023**, the plaintiff shall publicly re-file the affidavits with the following approved redactions:

- **Van Vleet affidavit:** ¶ 142.

- **Luddy affidavit:** ¶ 110.

Dated:  New York, New York
        November 21, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge