UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
AMERICAN GREENFUELS ROCKWOOD              :
(TENNESSEE), LLC,                         :
                                         :
                    Plaintiff,            :
                                         :
          -v-                             :
                                         :
AIK CHUAN CONSTRUCTION PTE. LTD.,         :
                                         :
                    Defendant.            :
                                         :    21cv7680 (DLC)
---------------------------------------- :
                                         :         ORDER
AIK CHUAN CONSTRUCTION PTE. LTD.,         :
                                         :
          Counterclaim Plaintiff,         :
                                         :
          -v-                             :
                                         :
KOLMAR AMERICAS, INC. and AMERICAN        :
GREENFUELS ROCKWOOD (TENNESSEE), LLC,     :
                                         :
          Counterclaim Defendants.        :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

An Opinion of November 20, 2023 held that the plaintiff is entitled to judgment on its breach of contract claim and the counterclaim defendants are entitled to judgment on Aik Chuan's counterclaims. An Order of November 20 required the parties to confer and submit a proposed monetary judgment. On November 30, GreenFuels filed its proposed judgment. Also on November 30, Aik Chuan filed a letter opposition to the proposed judgment raising a new legal objection. It is hereby

ORDERED that by noon on **December 5, 2023,** the plaintiff shall provide a proposed final judgment that includes the judgment amount calculated as of December 5, 2023.

IT IS FURTHER ORDERED that the plaintiff shall also file a detailed mathematical description of its damages calculation.

Dated:   New York, New York
         December 4, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge