UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

AMERICAN GREENFUELS ROCKWOOD
(TENNESSEE), LLC, a Delaware limited liability
company,

                 Civil Action No.: 1:21-cv-07680

Plaintiff,

  -against-

AIK CHUAN CONSTRUCTION PTE. LTD., a
Singapore registered company,

Defendant.

------------------------------------X

AIK CHUAN CONSTRUCTION PTE. LTD.,

Counterclaim Plaintiff,

  -against-

AMERICAN GREENFUELS ROCKWOOD
(TENNESSEE), LLC and KOLMAR AMERICAS,
INC.

Counterclaim Defendants.

------------------------------------X

## [PROPOSED] FINAL JUDGMENT

In accordance with the Court's Opinion and Order entered on November 20, 2023, the following Final Judgment is hereby entered.

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons set forth in the Court's Opinion and Order dated November 20, 2023, final judgment is entered in favor of American GreenFuels Rockwood (Tennessee), LLC (AGFR) on AGFR's Breach of Contract

claim against Aik Chuan Construction Pte. Ltd. ("Aik Chuan"). The amount of the final judgment owed by Aik Chuan to AGFR is calculated as follows:

1. $28,729,840 as of December 5, 2023; plus

2. Post-default interest at the rate of 25% per annum applied to the amount of $28,729,840 from December 6, 2023 until date of entry of this Judgment; plus

3. Post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of this Judgment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that for the reasons set forth in the Court's Opinion and Order dated November 20, 2023, final judgment is entered in favor of AGFR and Kolmar Americas, Inc. on Aik Chuan's counterclaims.

The Court directs immediate entry of this Final Judgment by the Clerk of the Court.

**IT IS SO ORDERED.**

BY THE COURT:

_____
Hon. Denise Cote
United States District Court Judge

Dated: November 5, 2023
New York, New York

2