```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
AMERICAN GREENFUELS ROCKWOOD               :
(TENNESSEE), LLC,                         :
                                          :
                    Plaintiff,            :
                                          :
          -v-                             :
                                          :
AIK CHUAN CONSTRUCTION PTE. LTD.,         :
                                          :
                    Defendants.           :
                                          :       21cv7680 (DLC)
----------------------------------------- :
                                          :       ORDER
AIK CHUAN CONSTRUCTION PTE. LTD.,         :
                                          :
          Counterclaim Plaintiff,         :
                                          :
          -v-                             :
                                          :
KOLMAR AMERICAS, INC. and AMERICAN        :
GREENFUELS ROCKWOOD (TENNESSEE), LLC,     :
                                          :
          Counterclaim Defendants.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On December 5, 2023, judgment was entered in this case. On January 2, 2024, the defendant and counterclaim plaintiff filed a motion to alter or amend the judgment pursuant to Rule 59(e), Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that the plaintiffs and counterclaim defendants shall file any opposition to the motion to alter or amend the judgment by January 17, 2024. The defendant and counterclaim plaintiff's reply, if any, shall be filed by January 24. At the

time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         January 3, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge