```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
AMERICAN GREENFUELS ROCKOOD              :
(TENNESSEE), LLC,                        :
                                         :
                        Plaintiff,       :
         -v-                             :
                                         :
AIK CHUAN CONSTRUCTION PTE. LTD.,        :        21cv7680 (DLC)
                                         :
                        Defendant.       :        ORDER
----------------------------------------- :
AIK CHUAN CONSTRUCTION PTE. LTD.,        :
                                         :
              Counterclaim Plaintiff,    :
                                         :
         -v-                             :
                                         :
KOLMAR AMERICAS, INC. and AMERICAN       :
GREENFUELS ROCKWOOD (TENNESSEE), LLC,    :
                                         :
              Counterclaim Defendants.   :
----------------------------------------- X
```

DENISE COTE, District Judge:

On April 24, 2024, the defendant and counterclaim plaintiff Aik Chuan Construction Pte. Ltd. ("Aik Chuan") filed a motion to approve a supersedeas bond. On April 30, Aik Chuan filed an amended bond. The bond was approved and docketed by the Orders and Judgments Clerk on April 30. Accordingly, it is hereby

ORDERED that the motion for a bond is terminated.

Dated:   New York, New York
         July 10, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge