UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

AMERICAN GREENFUELS ROCKWOOD
(TENNESSEE), LLC, a Delaware limited liability
company,

Plaintiff,

-against-

AIK CHUAN CONSTRUCTION PTE. LTD., a
Singapore registered company,

Defendant.

Civil Action No.: 1:21-cv-07680

----------------------------------------X

AIK CHUAN CONSTRUCTION PTE. LTD.,

Counterclaim Plaintiff,

-against-

AMERICAN GREENFUELS ROCKWOOD
(TENNESSEE), LLC and KOLMAR AMERICAS,
INC.

Counterclaim Defendants.
----------------------------------------X

## [PROPOSED] AMENDED FINAL JUDGMENT

In accordance with the Court's Opinion and Order entered on November 20, 2023, as well as the United States Court of Appeals for the Second Circuit's Mandate entered on April 15, 2025, the following Amended Final Judgment is hereby entered.

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons set forth in the Court's Opinion and Order dated November 20, 2023, and the United States Court of Appeals for the Second Circuit's Mandate entered on April 15, 2025, final judgment is entered in favor of

1

American GreenFuels Rockwood Tennessee, LLC ("AGFR") on AGFR's Breach of Contract claim against Aik Chuan Construction Pte. Ltd. ("Aik Chuan"). The amount of the Amended Final Judgment owed by Aik Chuan to AGFR is calculated as follows:

1. $17,483,088 as of July 9, 2021; plus
2. Pre-judgment interest at the rate of 9% pursuant to N.Y. C.P.L.R § 5004 that accrued between July 9, 2021 and the date of this Amended Final Judgment, April 22, 2025, in the amount of $5,961,974.70; plus
3. Post-judgment interest at the rate provided at 28 U.S.C. § 1961 from the date of entry of this Amended Final Judgment until this judgment is paid.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that for the reasons set forth in the Court's Opinion and Order dated November 20, 2023 and the United States Court of Appeals for the Second Circuit's Mandate entered on April 15, 2025, final judgment is entered in favor of AGFR and Kolmar Americas, Inc. on Aik Chuan's counterclaims.

The Court directs immediate entry of this Amended Final Judgment by the Clerk of the Court.

**IT IS SO ORDERED.**

BY THE COURT:

_____
Hon. Denise Cote
United States District Court Judge

Dated: April 23, 2025
New York, New York

2