**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AMERICAN GREENFUELS ROCKWOOD
(TENNESSEE), LLC, a Delaware limited liability
company,

Plaintiff,

        -against-

AIK CHUAN CONSTRUCTION PTE. LTD., a
Singapore registered company,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AIK CHUAN CONSTRUCTION PTE. LTD.,

Counterclaim Plaintiff,

        -against-

AMERICAN GREENFUELS ROCKWOOD
(TENNESSEE), LLC and KOLMAR AMERICAS,
INC.

Counterclaim Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No.: 1:21-cv-07680

Honorable Denise L. Cote

## [PROPOSED] ORDER

**THIS MATTER** having been brought before this Court by Plaintiff-Counterclaim

Defendant American GreenFuels Rockwood (Tennessee, LLC) ("GreenFuels") by its Motion to

Enforce Liability of Security Provider On The Amended Supersedeas Bond; and the Court

having considered the submissions and arguments in support of and in opposition to the motion

before the Court; and for good and sufficient cause shown:

    **IT IS**, on this _29th_ day of _____ _April_ _____ 2025,

**ORDERED** that GreenFuels's Motion to Enforce Liability of Security Provider On The Amended Supersedeas Bond is **GRANTED**;

**IT IS FURTHER ORDERED** that pursuant to Federal Rule of Civil Procedure 65.1 and Federal Rule of Appellate Procedure 8(b), U.S. Specialty Insurance Company, is liable under the Amended Supersedeas Bond to GreenFuels for the amount of $23,445,062.70 plus post-judgment interest from April 23, 2025 at the rate as provided at 28 U.S.C. § 1961, as set forth in the Amended Final Judgment, Dkt No. 191.

**IT IS FURTHER ORDERED** that by 2ᵈ day of May 2025, U.S. Specialty Insurance Company is hereby directed to, and shall, disburse $23,445,062.70 plus post-judgment interest from April 23, 2025 at the rate of 3.99% through the date of payment to GreenFuels. Payment shall be made by wire transfer with instructions to be provided by GreenFuels.

_____
HON. DENISE L. COTE

4/29/25