```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
AMERICAN GREENFUELS ROCKWOOD          :
(TENNESSEE), LLC,                     :
                                      :
                  Plaintiff,          :
                                      :
          -v-                         :
                                      :
AIK CHUAN CONSTRUCTION PTE. LTD.,     :
                                      :
                  Defendant.          :
                                      :   21cv7680 (DLC)
-------------------------------------:
                                      :       ORDER
AIK CHUAN CONSTRUCTION PTE. LTD.,     :
                                      :
          Counterclaim Plaintiff,     :
                                      :
          -v-                         :
                                      :
KOLMAR AMERICAS, INC. and AMERICAN    :
GREENFUELS ROCKWOOD (TENNESSEE), LLC, :
                                      :
          Counterclaim Defendants.    :
                                      :
------------------------------------- X
```

SIDNEY H. STEIN, District Judge:

U.S. Specialty Insurance Company is the holder of a supersedeas bond posted by Aik Chuan Construction Pte. Ltd. ("Aik Chuan"). An Order of April 29, 2025 instructed U.S. Specialty Insurance Company to disburse $23,445,062.70 plus post-judgment interest to American GreenFuels Rockwood (Tennessee), LLC ("GreenFuels") by May 2. On May 5, GreenFuels filed a motion contending that U.S. Specialty Insurance Company has violated the April 29 Order and requesting, pursuant to

Local Civ. R. 83.6, that U.S. Specialty Insurance Company be held in contempt of court and required to pay costs and attorney's fees that GreenFuels incurred in preparing its motion. Accordingly, it is hereby

ORDERED that any opposition to GreenFuels' motion for contempt shall be filed by May 9, 2025. GreenFuels' reply, if any, shall be filed by May 13, 2025.

IT IS FURTHER ORDERED that GreenFuels, Aik Chuan, and U.S. Specialty Insurance Company shall appear at a hearing regarding the motion for contempt on May 15, 2025 at 10:00 a.m. in Courtroom 23A at the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that Aik Chuan shall promptly serve a copy of this order upon U.S. Specialty Insurance Company.

Dated:   New York, New York
         May 6, 2025

_____
SIDNEY H. STEIN
United States District Judge