

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 – Phone
(212) 490-6070 - Fax

1599 Post Road East
Westport, CT 06880
(203) 256-8600 – Phone
(203) 255-5700 - Phone
(203) 256-8615 – Fax
(203) 255-5702 - Fax

May 15, 2025

**Via ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:  American Greenfuels Rockwood (Tennessee), LLC v. AIK Chuan Construction Pte Ltd.**
Plaintiff's Motion for Contempt ECF No. 195

Dear Judge Cote:

We represent Plaintiff, American Greenfuels Rockwood (Tennessee), LLC in the above-referenced action. We respectfully write to withdraw Plaintiff's motion for contempt, filed at ECF No. 195. We appreciate the Court's consideration of the motion to date and respectfully request that it be marked as withdrawn.

Please do not hesitate to contact us if the Court requires any further information.

Respectfully submitted,

Patrick F. Lennon

cc: All Counsel of Record (via ECF)

PFL/bhs

So ordered.

Denise Cote
5/19/25